UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JON CUDDEBACK,

                Plaintiff,

  v.

BEAR STEARNS RESIDENTIAL
MORTGAGE CORPORATION, et al.,

                Defendants.

Case No. C12-1300-RSM

**REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, filed an application to proceed in forma pauperis ("IFP") in this civil case. Dkt. 1. In his application, plaintiff states that he earns $5,000 net pay per month. Although it appears his employment situation has recently changed, he states that in the last year he earned $45,000 in the last year, received $15,000 in income from rent, interest, or dividends, and inherited $100,000. Even with the expenses plaintiff lists, this level of income and assets makes him ineligible for IFP status, which is reserved for the truly indigent. The Court therefore recommends that plaintiff's IFP application be denied and he be directed to pay the filing fee within 30 days of the date this recommendation is adopted or the Clerk will close the file.

///

///

///

REPORT AND RECOMMENDATION - 1

Any objections to this Recommendation must be filed no later than **August 17, 2012**. The matter will be ready for the Court's consideration on **August 24, 2012**. Objections shall not exceed twelve pages. The failure to timely object may affect the right to appeal.

DATED this 3rd day of August, 2012.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2