UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JON CUDDEBACK,

                Plaintiff,

  v.

BEAR STEARNS RESIDENTIAL
MORTGAGE CORPORATION, et al.,

                Defendants.

Case No. C12-1300-RSM

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

The Court, having reviewed plaintiff's application for leave to proceed in forma pauperis ("IFP") (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's IFP application (Dkt. 1) is **DENIED**.

(3)     The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 4 day of September 2012.

                                              /s/ Ricardo S. Martinez
                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS - 1