UNITED STATES DISTRICT COURT
WASHINGTON WESTERN DISTRICT

Case Number: **2:12-cv-01300-RSM**

JON CUDDEBACK,

    Plaintiff,

vs.

EMC MORTGAGE CORPORATION., et al,

    Defendants.

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 05 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

/

---

## REQUEST FOR ENTRY OF DEFAULT

---

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Plaintiff, JON CUDDEBACK moves this Court to enter the default of Defendants, EMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), WELLS FARGO BANK, N.A., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, STRUCTURED ASSET MORTGAGE INVESTMENT II, INC., and BEAR STEARNS RESIDENTIAL MORTGAGE CORP. The Complaint has been served on these Defendants, either directly or by publication as authorized by the Court, and the time for filing a response to the Complaint has lapsed. An affidavit in support of this motion is also filed with the Court.

Respectfully submitted,

Jon Cuddeback
3246 W. Lk Samm Pkwy NE
Redmond, WA 98052
(206) 909-6998

Dated: 12-5-2012

By: _____
JON CUDDEBACK
Plaintiff In Pro Se

**12-CV-01300-APPL**